# EXHIBIT G

*Chesemore v. Alliance Holdings, Inc.*, No. 09-cv-00413
Lodestar of Cohen Milstein Sellers & Toll PLLC
By Legal Professional Through April 30, 2014

| Name | Title | Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| Barton, R. Joseph | Partner | 3,192.75 | $635 | $ 2,027,396.25 |
| Handorf, Karen, L. | Partner | 1,514.75 | $775 | $ 1,173,931.25 |
| Machiz, Marc, I. | Partner | 115 | $765 | $ 87,975.00 |
| Yau, Michelle, C. | Partner | 468 | $575 | $ 269,100.00 |
| Rinaldi, Bruce F. | Of Counsel | 947.5 | $775 | $ 734,312.50 |
| Bortscheller, Mary J. | Associate | 121.25 | $415 | $ 50,318.75 |
| Smith, Matthew A. | Associate | 62.25 | $395 | $ 24,588.75 |
| Aniskevich, Elizabeth | Law Clerk | 62 | $235 | $ 14,570.00 |
| Boone, Meghan | Law Clerk | 8.5 | $230 | $ 1,955.00 |
| Bunch, Monya | Associate | 3,108.65 | $530 | $ 1,647,584.50 |
| Romer-Friedman, Peter | Associate | 55.75 | $505 | $ 28,153.75 |
| Swanson, Robyn | Associate | 1,141.50 | $475 | $ 542,212.50 |
| Spitalnik, Richard | Contract Attorney | 317.25 | $360 | $ 114,210.00 |
| Chan, Danny | Law Clerk | 19.5 | $235 | $ 4,582.50 |
| Kiefer, Joseph | Law Clerk | 84.25 | $240 | $ 20,220.00 |
| Kronick, Katie | Law Clerk | 36.5 | $240 | $ 8,760.00 |
| Livengood, Rebecca | Law Clerk | 31 | $235 | $ 7,285.00 |
| Presler, Amos | Law Clerk | 15.5 | $230 | $ 3,565.00 |
| Abetti, Jonathan | Paralegal | 5.25 | $250 | $ 1,286.25 |
| Black, Peter | Paralegal | 229.25 | $250 | $ 56,166.25 |
| Clark, Cameron | Paralegal | 8 | $250 | $ 1,960.00 |
| Conway, Charles | Paralegal | 11 | $250 | $ 2,750.00 |
| Francis, Karen | Paralegal | 655.25 | $250 | $ 144,155.00 |
| Fu, Abigail, G. | Paralegal | 29 | $250 | $ 7,250.00 |
| Fust, John | Paralegal | 9 | $250 | $ 2,250.00 |
| Gaffney, Tyler | Paralegal | 7.75 | $250 | $ 1,898.75 |
| Kolcun, Jason | Paralegal | 1,059.25 | $250 | $ 254,220.00 |
| Lindblom, Alina | Paralegal | 189 | $250 | $ 47,250.00 |
| Morla, Javier | Paralegal | 53.75 | $250 | $ 11,287.50 |
| Peinert, Erik | Paralegal | 1.5 | $250 | $ 375.00 |
| Roberts, Ashley | Paralegal | 171.75 | $250 | $ 37,785.00 |
| Schermen, Christopher | Paralegal | 4 | $250 | $ 1000.00 |
| Schildhause, Eva | Paralegal | 2,327.00 | $250 | $ 570,115.00 |
| Scott, Abigail | Paralegal | 198.5 | $250 | $ 43,670.00 |
| Wong, Debra | Paralegal | 4.5 | $240 | $ 1,080.00 |
| Kirby, Toni | Paralegal Assistant | 18.5 | $170 | $ 3,145.00 |
| Thomas, Doxilyn | Paralegal Assistant | 1.5 | $170 | $ 255.00 |
| **Total:** | | **16,285.65** | | **$ 7,948,619.50** |