# EXHIBIT H

Case: 3:09-cv-00413-wmc Document #: 936-8 Filed: 06/13/14 Page 1 of 2

Chesemore v. Alliance Holdings, Inc., No. 09-cv-00413

| Trachte ESOP | | | |
|---|---|---|---|
| **Summary of Lodestar at Historical Rates** | | | |
| **Inception to April 30, 2014** | | | |
| | | **Hours** | **Lodestar** |
| Barton , R. Joseph | Partner | 3,192.75 | 1,686,961.25 |
| Handorf, Karen, L. | Partner | 1,514.75 | 985,293.75 |
| Machiz, Marc, I. | Partner | 115.00 | 81,673.75 |
| Yau, Michelle, C. | Partner | 468.00 | 177,716.25 |
| Rinaldi, Bruce | Of Counsel | 947.50 | 658,506.25 |
| Bortscheller, Mary, J. | Associate | 121.25 | 50,318.75 |
| Smith, Matthew, A. | Associate | 62.25 | 24,588.75 |
| Aniskevich, Elizabeth | Law Clerk | 62.00 | 14,260.00 |
| Boone, Meghan | Law Clerk | 8.50 | 1,870.00 |
| Bunch, Monya | Associate | 3,108.65 | 1,309,847.50 |
| Romer-Friedman, Peter | Associate | 55.75 | 20,906.25 |
| Swanson, Robyn | Associate | 1,141.50 | 486,193.75 |
| Spitalnik, Richard | Contract Attorney | 317.25 | 114,210.00 |
| Chan, Danny | Law Clerk | 19.50 | 4,582.50 |
| Kiefer, Joseph | Law Clerk | 84.25 | 19,798.75 |
| Kronick, Katie | Law Clerk | 36.50 | 8,577.50 |
| Livengood, Rebecca | Law Clerk | 31.00 | 7,285.00 |
| Presler, Amos | Law Clerk | 15.50 | 3,410.00 |
| Abetti, Jonathan | Paralegal | 5.25 | 1,181.25 |
| Black, Peter | Paralegal | 229.25 | 51,735.00 |
| Clark, Cameron | Paralegal | 8.00 | 1,800.00 |
| Conway, Charles | Paralegal | 11.00 | 2,475.00 |
| Francis, Karen | Paralegal | 655.25 | 142,747.50 |
| Fu, Abigail, G. | Paralegal | 29.00 | 6,016.25 |
| Fust, John | Paralegal | 9.25 | 2,288.75 |
| Gaffney, Tyler | Paralegal | 7.75 | 1,743.75 |
| Kolcun, Jason | Paralegal | 1,059.25 | 239,147.50 |
| Lindblom, Alina | Paralegal | 189.00 | 46,678.75 |
| Morla , Javier | Paralegal | 53.75 | 11,287.50 |
| Peinert, Erik | Paralegal | 1.50 | 367.50 |
| Roberts , Ashley | Paralegal | 171.75 | 37,785.00 |
| Schermen, Christopher | Paralegal | 4.00 | 835.00 |
| Schildhause, Eva | Paralegal | 2,327.00 | 524,330.00 |
| Scott, Abigail | Paralegal | 198.50 | 43,670.00 |
| Wong, Debra | Paralegal | 4.50 | 1,012.50 |
| Kirby, Toni | Paralegal Assistant | 18.50 | 3,145.00 |
| Thomas, Doxylin | Paralegal Assistant | 1.50 | 255.00 |
| | **TOTAL:** | **16,285.90** | **6,774,501.25** |