IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CAROL CHESEMORE, DANIEL DONKEL, THOMAS GIECK, MARTIN ROBBINS, and NANNETTE STOFLET, on behalf of themselves, individually, and on behalf of all others similarly situated, | FINAL JUDGMENT IN A CIVIL CASE<br><br>Case No. 09-cv-413-wmc |

      Plaintiffs,

v.

ALLIANCE HOLDINGS, INC., DAVID B. FENKELL, PAMELA KLUTE, JAMES MASTRANGELO, STEPHEN W. PAGELOW, JEFFREY A. SEEFELDT, TRACHTE BUILDING SYSTEMS, INC. EMPLOYEE STOCK OPTION PLAN, ALLIANCE HOLDINGS, INC. EMPLOYEE STOCK OPTION PLAN, A.H.I., INC., ALPHA INVESTMENT CONSULTING GROUP, LLC, JOHN MICHAEL MAIER, AH TRANSITION CORPORATION, and KAREN FENKELL,

      Defendants;

PAMELA KLUTE, JAMES MASTRANGELO, and JEFFREY A. SEEFELDT,

      Cross Claimants,

v.

ALLIANCE HOLDINGS, INC., and STEPHEN W. PAGELOW,

      Cross Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs against defendant David Fenkell on the unsettled claims as follows:

  a. David Fenkell is liable to restore to the Alliance ESOP $2,044,014.42;

  b. David Fenkell shall indemnify defendants Mastrangelo, Seedeldt and Klute for any compensatory relief they are required to pay;

  c. David Fenkell shall be barred from continuing as trustee of the Alliance ESOP; and

  d. David Fenkell is liable to plaintiffs for attorneys's fees and costs in the total amount of $1,854,008.50.

All other claims in this action are dismissed pursuant to the parties' settlement agreements, and this case is closed with the court retaining jurisdiction over enforcement of those agreements.

Approved as to form this 8th day of September, 2014.

William M. Conley, District Judge

Peter Oppeneer, Clerk of Court                9/8/14
                                              Date