# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CAROL CHESEMORE, DANIEL DONKLE, THOMAS GIECK, MARTIN ROBBINS, and NANETTE STOFLET, on behalf of themselves, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE HOLDINGS, INC., A.H.I., INC., AH TRANSITION CORPORATION, DAVID B. FENKELL, KAREN FENKELL, PAMELA KLUTE, JAMES MASTERANGELO, STEPHEN W. PAGELOW, JEFFREY A. SEEFELDT, ALPHA INVESTMENT CONSULTING GROUP, LLC, and JOHN MICHAEL MAIER,<br><br>Defendants,<br><br>and<br><br>TRACHTE BUILDING SYSTEMS, INC. EMPLOYEE STOCK OWNERSHIP PLAN and ALLIANCE HOLDINGS, INC. EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST,<br><br>Nominal Defendants. | **Case 3:09-cv-000413-wmc**<br><br>**Hon. William M. Conley**<br><br>**DEFENDANT-APPELLANT DAVID B. FENKELL'S NOTICE OF APPEAL** |

Defendant-Appellant David B. Fenkell hereby notices his appeal to the United States Court of Appeals for the Seventh Circuit from (1) this Court's August 28, 2015, Opinions and Orders [Dkts. 1085, 1086, and 1087 (at Dkt. 1087, which Judge William M. Conley signed on the 27th day of August, 2015, and entered in this action on the 28th day of August, 2015, Judge Conley granted in part the "Motion of Judgment Creditors Alliance Holding[s, Inc.] ESOP [(Employee Stock Ownership Plan and Trust)] to Enforce the Judgment, for a Constructive Trust, Temporary Restraining Order and Injunction Freezing Fenkell Assets, and for Attorneys' Fees," and, among other things, ordered Mr. Fenkell to restore to the Alliance ESOP $2,044,014.42 within seven (7) days of this Court's Order or show cause why he should not be held in civil contempt of court; (2) this Court's November 18, 2015, Opinion and

Order [Dkt. 1121], denying Mr. Fenkell's Motion for Reconsideration of this Court's August 28, 2015, Opinions and Orders; (3) this Court's December 9, 2015, Agreed Consent Order [Dkt. 1132](*e.g.*, including without limitation, to the extent that this Court's December 9, 2015, Agreed Consent Order renders this Court's November 18, 2015, Opinion and Order a non-final order, and/or with respect to the denial of Mr. Fenkell's Motion to Stay, Mr. Fenkell being held in civil contempt, the requirement of Mr. Fenkell to post a *supersedeas* bond and to have pledged collateral that he did not own and was otherwise exempt from attachment in order to secure the *supersedeas* bond and cure this Court's holding of Mr. Fenkell in civil contempt, and this Court's imposition of fines and imprisonment consistent with this Court's November 18, 2015, Opinion and Order); and (4) this Court's February 3, 2015, Opinion and Order [Dkt. 1031]. The Docketing Statement required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit is filed as an attachment to this Notice of Appeal.

Dated: December 9, 2015              Respectfully submitted,

HAWKINS PARNELL THACKSTON & YOUNG

By:   /s/ David R. Johanson
      David R. Johanson (0176102)
      445 S. Figueroa Street, Suite 3200
      Los Angeles, CA 90071
      Telephone: (213) 486-8010
      Facsimile: (707) 581-1704
      E-Mail: djohanson@hptylaw.com

      /s/ Douglas A. Rubel
      Douglas A. Rubel (29824)
      P.O. Box 1285
      Cary, North Carolina 27512-1285
      Telephone: (919) 523-3638
      Facsimile: (404) 614-7500
      E-Mail: drubel@hptylaw.com

      *Attorneys for David B. Fenkell*

...

...

**CERTIFICATE OF SERVICE**

This is to certify that on this 9th day of December 2015, I caused to be electronically filed the foregoing NOTICE OF APPEAL (including the Docketing Statement required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit filed as an attachment to this Notice of Appeal along with a separate Certificate of Service for the Docketing Statement) via this Court's CM/ECF system, which sent electronic notice to all counsel of record.

/s/ Douglas A. Rubel  
Douglas A. Rubel